AO 243 (Rev. 2/95)



### PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District **Northern District of Illinois** |
|---|---|

| Name of Movant  **Jose Luis Tovar** | Prisoner No.  **20761-424** | Case No. **02-CR-253** |
|---|---|---|

| Place of Confinement  **FCI Texarkana** |
|---|

UNITED STATES OF AMERICA     V.     **Jose Luis Tovar**

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   **Northern District of Illinois**

2. Date of judgment of conviction     **June 27, 2007**

3. Length of sentence     **204 months**

4. Nature of offense involved (all counts)     **21 U.S.C. 846 Cocaine**

**FILED**

JUL 1 2008
Jul 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5. What was your plea?  (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury          ☐
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐          No ☐

08CV3759
JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER

8. Did you appeal from the judgment of conviction?
   Yes ☐          No ☒

(2)

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a)  Name of court _____

    (b)  Result _____

    (c)  Date of result _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
     Yes ☐        No ☒

11.  If your answer to 10 was "yes," give the following information:

     (a)  (1)  Name of court _____

          (2)  Nature of proceeding _____

               _____

          (3)  Grounds raised _____

               _____

               _____

               _____

               _____

               _____

          (4)  Did you receive an evidentiary hearing on your petition, application or motion?

               Yes ☐        No ☐

          (5)  Result _____

          (6)  Date of result _____

     (b)  As to any second petition, application or motion give the same information:

          (1)  Name of court _____

          (2)  Nature of proceeding _____

               _____

          (3)  Grounds raised _____

               _____

               _____

               _____

               _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes ☐          No ☐
(2) Second petition, etc.        Yes ☐          No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self—incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: __Government failed to keep their plea bargain and file a rule-35 motion__

Supporting FACTS (state *briefly* without citing cases or law)

I was interviewed gave information in front of my lawyer to the government and they arrested and prosecuted the individual, and they used me while in jail to make telephone calls and set up for the buys.  They then came to visit me about a Cano and I gave them that information.
I was also held in jail to testify at the trial of this individual but my testimony was never needed

B.    Ground two: __My lawyer was ineffective counsel for allowing me to participate in the prosecution of the other individual and failed to protect my rights.__

Supporting FACTS (state *briefly* without citing cases or law)

My lawyer was present and participated in the agreement with the governement as to the prosecution of the other individuals but failed to try to get the government to file a rule-35 motion.

C.    Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

_____

_____

D.    Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law)    _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

   **none of these grounds were presented to any court and I did not do a direct appeal.**

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing    _____Phillip A Turner 100 W. Monroe St #2204 Chicago IL 60603_____

    (b) At arraignment and plea    ___Phillip A. Turner 100 W. Monroe St. # 2204 Chicago IL. 60603___

    (c) At trial    ___Phillip A. Turner 100 W. Monroe St. #2204 Chicago IL 60603___

    (d) At sentencing    ___Phillip A, Turner 100 W. MOnroe St. #2204 Chicago IL. 60603___

AO 243 (Rev. 2/95)

(e)  On appeal _____

_____

(f)  In any post−conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post−conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐        No ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐        No ☒

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____**June  21,  2008**_____
(Date)

_____
Signature of Movant

(7)