## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3759 | **DATE** | 8/1/2008 |
| **CASE TITLE** | United States vs. Jose Luis Tovar | | |

**DOCKET ENTRY TEXT**

The government is directed to respond to defendant's section 2255 motion by 9/4/08. Defendant is directed to reply to the government's response by 10/1/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-03759   Document 5   Filed 08/01/2008   Page 1 of 1

08C3759 United States vs. Jose Luis Tovar                                                                 Page 1 of 1