UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  08 CV 3759 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | United States District Court Judge |
| JOSE LUIS TOVAR | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE IT'S RESPONSE TO PETITIONER'S 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves for an extension of time within which to file it's response to petitioner's 2255 motion to vacate, set aside or correct his sentence.

1.      Petitioner filed his 2255 motion on or about July 1, 2008, alleging that the government failed to file a Rule 35 motion to reduce his sentence and that his attorney was ineffective for failing to pursue petitioner's interests in effectuating the filing of a Rule 35 motion by the government.

2.      By order dated August 1, 2008, this Court directed the government to file it's response by September 4, 2008.

3.      That on August 5, 2008, the government's case file was retrieved from closed files and made available to your movant.  That an examination of the file revealed that investigative efforts and contacts with agents of the FBI and possibly other law enforcement

officers are required to answer the allegations made by petitioner.

    4.    That your movant will be out of the office and on vacation from August 11, 2008, through August 22, 2008 and will return to the office on August 25, 2008.

    5.    That your movant will then be preparing for a trial to commence before Judge Leinenweber on September 8, 2008, in *United States v. Sandra Stewart,* 05 CR485, which trial should last one week.

    6.    That your movant has an otherwise demanding schedule and requests a 30 day extension of time within which to file it's response to petitioner's 2255 motion to and including October 3, 2008.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that this Court grant the government's motion for an extension of time within which to file it's response to petitioner's 2255 motion to vacate, set aside or correct his sentence up to and including October 3, 2008.

                             Respectfully submitted,

                             PATRICK J. FITZGERALD
                             United States Attorney

Dated: August 6, 2008

                    By:    /s/   Michael O. Lang
                             Michael O. Lang
                             Assistant United States Attorney
                             219 South Dearborn Street, 5th Floor
                             Chicago, Illinois 60604
                             (312) 353-5351

## CERTIFICATE OF SERVICE

Michael O. Lang, an Assistant United States Attorney assigned to the instant matter, hereby certifies that the attached

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE IT'S RESPONSE TO PETITIONER'S 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

was served on August 6, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, served by first class mail, postage prepaid, and served via facsimile (312.977.9936) on the following party:

Jose Luis Tovar
#20761-424
Texarkana-FCI
P.O. Box 7000
Texarkana, TX 75505

By:    /s/   Michael O. Lang
       Michael O. Lang
       Assistant United States Attorney
       219 South Dearborn Street
       5th Floor
       Chicago, Illinois 60604
       (312) 353-5351