# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3759 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States vs. Tovar | | |

**DOCKET ENTRY TEXT**

The government's motion for extension of time is granted [docket no. 6]. Response to section 2255 motion is to be filed by 10/3/08. Defendant's reply to the government's response is to be filed by 10/31/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|